UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PAUL ALLEN, | : | **CLOSED** |
| Petitioner, | : | Civil No. 05-4502 (FLW) |
| v. | : | |
| FED. BUREAU OF PRISONS, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___3rd___ day of __January 2006__,

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon the parties and shall close the file; and it is finally

ORDERED that Petitioner may renew his application before this Court in the event that Respondents do not comply with Woodall v. Fed. Bureau of Prisons, ___ F.3d ___ 2005 WL 3436626 (3d Cir. Dec. 15, 2005); any responsive papers shall be filed and served by Respondents no later than one week after receipt of Petitioner's application; the matter will be reopened and heard by the Court as hereafter scheduled.

                                                       _s/Freda L. Wolfson_
                                                       FREDA L. WOLFSON, U.S.D.J.